```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 01:10-CR-00179 OWW |
| ) Plaintiff, ) | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. ) | |
| MARTIN SANDOVAL-ORNELAS, ) | |
| ) Defendant. ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby seek leave of court and move to dismiss the indictment in this case without prejudice, as to the above-named defendant, in the interest of justice.

DATED: September 6, 2011                Respectfully submitted,
                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                    By: /s/ Ian L. Garriques
                                        IAN L. GARRIQUES
                                        Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:   September 6, 2011**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE